# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES HARRIS

VERSUS

ERICA JACKSON, GEICO GENERAL INSURANCE
COMPANY, ELECTRIC INSURANCE COMPANY
(UNINSURED/UNDERINSURED), AND STATE
FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY (UNINSURED/UNDERINSURED)

NO.  2019 CW 1122

**SEPTEMBER 06, 2019**

---

In Re:  James Harris, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 646910.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**STAY DENIED; WRIT DENIED.**  See **Herlitz Construction Co.,
Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La.
1981) (per curiam).

**JMG**
**WJC**

**Whipple,  C.J.,**  dissents.    I  would  grant  the  writ
application to vacate the portion of the district court's June
3, 2019 judgment that sua sponte excluded "any medical records,
any  medical  testimony  and  treatment,  any  complaints  or  any
proposed surgery that took place after March 31, 2018."  Though
the district court is vested with broad powers "for the exercise
of its jurisdiction even though not granted expressly by law"
and  may  impose  sanctions  for  any  behavior  that  clearly
interferes  with  the  court's  ability  to  fairly  administer
justice, La. Code Civ. P. art. 191, the district court abused
its discretion by granting relief not requested by either party
and excluding evidence on its own motion.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT